# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) In proceedings under Chapter 13 |
|  | ) Honorable Donald R. Cassling |
| Laurie Rose Crane, | ) |
|       Debtor. | ) Case No. 19 B 05072 |

## RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY

COMES NOW TOWD POINT MORTGAGE TRUST 2019-4, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ("Secured Creditor"), by counsel, and responds as follows to Debtor's Motion to Sell Real Property ("Debtor's Motion"):

1. Secured Creditor holds a security interest in the Debtor's real property located at 5858 N Sheridan Road Unit 908, Chicago, IL 60660 by virtue of a Mortgage recorded on April 5, 2007 as Doc #0709540102 of the public records of Cook County, Illinois.

2. Secured Creditor does not oppose Debtor's Motion so long as Secured Creditor's lien is paid in full subject to a payoff quote obtained at the time of closing.

3. Further, Secured Creditor does not oppose Debtor's Motion so long as the sale is final within 90 days of the Order Granting Debtor's Motion.   If the sale is not final within 90 days of the order granting Debtor's Motion, Debtor's Motion should be deemed moot.

WHEREFORE, Secured Creditor respectfully prays that this Court grant Debtor's Motion to Sell Real Property subject to the above terms, and for any such other and further relief as this Court may deem just and proper.

RIEZMAN BERGER, P.C.

/s/ Kathryn A. Klein
Kathryn A. Klein, #06199235
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Attorney for Secured Creditor

## CERTIFICATE OF SERVICE

      The undersigned states that I served the foregoing document upon the Debtor by postage prepaid, in the United States Mail, by first-class mail and upon the other parties named below via electronic means, on April 21, 2020.

| | |
|---|---|
| Laurie Rose Crane<br>5858 N. Sheridan Rd., Apt 908<br>Chicago IL 60660 | Debtor |
| Joseph S. Davidson<br>2500 S. Highland Ave, Suite 200<br>Lombard IL 60148 | Attorney for Debtor |
| Tom Vaughn<br>55 E. Monroe St., Suite 3850<br>Chicago IL 60603 | Chapter 13 Trustee |
| Office of the United States Trustee<br>US Trustee - ILN<br>219 S. Dearborn St., Rm. 873<br>Chicago, IL 60604 | |

                                                          **/s/ Kathryn A. Klein**